POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Raymond G. Ballister, Jr. SBN 111282<br>8033 Linda Vista Road Suite 200, San Diego CA 92111<br>TELEPHONE NO.: (858) 375-7385   FAX NO. (Optional): (888) 422-5191<br>E–MAIL ADDRESS (Optional): mark@potterhandy.com<br>ATTORNEY FOR (Name): Plaintiff | |

**CENTRAL DISTRICT OF CALIFORNIA**
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: Vogel | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Stiuso et al | 2:20-cv-04951-ODW-JEM |
| *PROOF OF SERVICE OF SUMMONS* | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): SEE ATTACHED LIST OF DOCUMENTS SERVED
3. a. Party served (specify name of party as shown on documents served):

   Victorio Stiuso

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   2655 30TH ST APT 103, , Santa Monica, CA 90405
5. I served the party (check proper box)
   a. [X] *by personal service.* I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 06/09/2020   (2) at (time): 6:48 pm
   b. [ ] *by substituted service.* On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] *(business)* a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] *(home)* a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] *(physical address unknown)* a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city): San Diego   *or* [ ] a declaration of mailing is attached.

      (5) [ ] I attach a *declaration of diligence* stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Vogel | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Stiuso et al | 2:20-cv-04951-ODW-JEM |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:    (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant. (415.10)
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*: Victorio Stiuso
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)         [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                   [ ] 415.46 (occupant)
                                                    [ ] other:

7. **Person who served papers**
   a. Name: Rudy Diaz
   b. Address: 30 N 1st St #8, Alhambra, CA 91801
   c. Telephone number: (626) 375-5246
   d. **The fee** for service was: $ 30
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor.
         (ii) Registration No.:
         (iii) County: Los Angeles

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:
   6/10/2020
   --

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    *Rudy Diaz* (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

Case Name: __Vogel v. Stiuso et al_____

Case Number: __2:20-cv-04951-ODW-JEM_____

## DOCUMENTS SERVED

| | | | |
|---|---|---|---|
| ✔ | SUMMONS & PROOF OF SERVICE | ☐ | ECF REGISTRATION INFORMATION HANDOUT |
| ✔ | COMPLAINT & CIVIL COVER SHEET | ☐ | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| ☐ | INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET | ☐ | NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE |
| ☐ | VERIFICATION | ☐ | VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS |
| ✔ | CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | ☐ | STIPULATION - EARLY ORGANISATIONAL MEETING |
| ✔ | NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM | ☐ | STIPULATION – DISCOVERY RESOLUTION |
| ✔ | CERTIFICATION AND NOTICE OF INTERESTED PARTIES | ☐ | INFORMAL DISCOVERY CONFERENCE |
| ✔ | NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES | ☐ | STIPULATION AND ORDER – MOTIONS IN LIMINE |
| ☐ | NOTICE TO COUNSEL | ✔ | ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS [PER CALIFORNIA CIVIL CODE 55.3(B)(1)(A)] |
| ☐ | ATTENTION: NEW CVIL ACTIONS | | |
| ☐ | DEMAND FOR JURY TRIAL | ✔ | ADVISORY NOTICE TO DEFENDANT [PER CALIFORNIA CIVIL CODE 55.54(A)(1)] |
| ✔ | NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) | ✔ | NOTICE OF STAY & EARLY EVALUATION CONF OR JOINT INSPECTION (Disability Access Litigation) |
| ☐ | ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE | ✔ | DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54 OR JOINT INSPECTION |
| ☐ | NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS | ✔ | OTHER |
| ☐ | NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION | | NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION |
| ☐ | STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) | | |
| ☐ | ORDER REQUIRING JOINT STATUS REPORT | | |
| ☐ | ORDER RE FILING REQUIREMENTS | | |
| ☐ | ORDER SETTING MANDATORY SCHEDULING CONFERENCE | | |
| ☐ | STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES | | |
| ☐ | SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT | | |
| ✔ | CIVIL MINUTES – GENERAL | | |
| ☐ | SETTLEMENT CONFERENCE PROCEDURES | | |
| ☐ | STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA | | |
| ☐ | CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE | | |

DocuSign Envelope ID: B1D49456-9805-461A-B112-EA7795D89156